UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MITCHELL CLYDE FARRELL,

    Petitioner,

    v.

R. E. BARNES, Warden - CCC,

    Respondent.

No. C 09-6000 PJH (PR)

**ORDER OF TRANSFER**

This is a habeas case filed pro se by a state prisoner. He seeks review of a denial of parole by the Board of Parole Hearings. He was convicted in the Superior Court of Del Norte County, which is in this district, and is housed at the California Correctional Center in Susanville, which is in the Eastern District.

Venue is proper in a habeas action in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, the district of confinement is the preferable forum to review the execution of a sentence. Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989). Because petitioner's challenge goes to the execution of his sentence, this petition is transferred to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1404(a); Habeas L.R. 2254-3(b).

**IT IS SO ORDERED.**

Dated: February 10, 2010.

    PHYLLIS J. HAMILTON
    United States District Judge

P:\PRO-SE\PJH\HC.09\FARRELL6000.TRN.wpd