UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL CLYDE FARRELL,<br><br>    Plaintiff,<br><br>v.<br><br>R E BARNES et al,<br><br>    Defendant. | Case Number: CV09-06000 PJH<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Mitchell Clyde Farrell D-45355
P.O. Box 2210
Susanville, CA 96127-2210

Dated: February 10, 2010

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk