IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MITCHELL CLYDE FARRELL,** | Case No. 2:10-cv-00378-MCE GGH P |
| Petitioner, | **ORDER GRANTING RESPONDENT'S FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE A RESPONSE** |
| v. | |
| **R.E. BARNES, et al.,** | |
| Respondents. | |

Respondent's first request for a thirty-day extension of time to file a response was considered by the Court, and good cause appearing, Respondent's request is granted.

IT IS HEREBY ORDERED that Respondent shall file a response to the Petition for Writ of Habeas Corpus by June 7, 2010

Dated:  May 6, 2010                              /s/ Gregory G. Hollows
                                                 _____
                                                 The Honorable Gregory G. Hollows
                                                 United States Magistrate Judge

Farr0378.eot

1

[Proposed] Order (2:10-cv-00378-GGH)